FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -6 PM 4: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARLON CHARLES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0053** |
| **SHERIFF ORLEANS PARISH MARLIN GUSMAN & STAFF** | **SECTION "N" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Marlon Charles's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman and the prison staff are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this ___6th___ day of ___September___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____